THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCivP 5.4
(Rule Number/Section)

FILED ✓  LODGED ___
RECEIVED ___  COPY ___
MAR 2 9 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

ROBERT GENE STOKES
209 W. JACKSON ST. APT. 227
PHOENIXDC 85003
(602) 503-3259

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT GENE STOKES,<br><br>    Plaintiff,<br><br>v.<br><br>PRES. JOHN KENNEDY; POLICE DEPT; MONTEAL, CANADA; WELLS FARGO 3TIMES; YMCA, LA JOLLA, CA.,<br><br>    Defendant(s). | CASE NUMBER:  **CV-18-00981-PHX-SMM**<br><br>COMPLAINT |

## Jurisdiction

This court has jurisdiction over this matter pursuant to JONH KENNDY PRES 1964 OR 65. MOTREAL, CANADA IN 1976 OLIMPICS, WELLS FARGO AND MARVIN YATES, ALSO, BRO. AT WELLS FARGO ON CENTRAL AAND BRODWAY AND HIS HOUSE IN SOUTH PHX. YMCA IN SAN DIEGO, CA , HIT ME IN THE HEAD AND TOOK PARTS OF MY BRAINSOUT, WENT TO THE HOSPITAL. §§ PRES. JOHN KENNDY, POLICE OFFICER RAPED ME IN MONTRAL, CANADA, IN FRONT OF MY FAMILY, WELLS FARGO TOOK MY MONEY OF $3000.00 ALSO MARVIN YATES OF L.A. CA. DOWNTOWN, LOAN OPERATOR, RAPED ME AND A, WELLS FARGO A, GOOD FRIEND RAPED ME IN HIS HOME, IN SOUTH PHX. YMCA IN LAHOLLA, CA HIT ME HARD WHILE PLAYING VOLLEYBALL , A GIRL TOOK, PARTS OF MY BRANS OUT, OF MY FRONT BRAIN. The plaintiff is a resident of PHOENIX, Maricopa County, DC and a citizen of the United States. The defendant, , is a resident of WASH. D.C., DC and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

1. I, WAS IN WASH D.C. IN, 1965I, I,BELIVE,I, WAS ABOUT 3 OR 4, YEARS OF AGE. I, WAS HAVIG FUN WITH,THE KENNEDY'S. SUNDDENTLY, I WA,S SEELPING, WITH THE PRES. JONH KENNEDY. WE, WERE HAVING SO, MUCH FUN, IN HIS LARGE, BED. THEN , JONH, PULLED OUT HIS PENUS, AND LET ME, PLAY WITH. I,D, PLAYED WITH IT, AND HE,

LET ME SUCK HIS PENUS . I, DID'T. NO, WHAT,TO DO . I, SUCK IT. FOR ABOUT, 20MIN. HE, FELTH, ON MY, BODY AND MY FACE, ARMS, AND LEGS. REALLY, MY BUTT, AND .FOR 20MIN. AND, THEN, SPERMED, IN SIDE, OF MY, ANUSN. THEN, TOOK, HIS PENUS OUT OF ME. MORELIKLY, LET ME SUKE, HIS PENUS.  AGAIN, FOR ABOT 20MIN.  AND WE KISSED, AND WENT TO BED.  AND DAD , TOMMIE L. STOKES, CAME IN THE ROOM, AND TOLD ME. WE, HAVE TO GO, HOME.  I, GOT UP, FROM, KENNEDY'S LARGE, BEB AND, PUT MY CLOTHS, ON. AND, WAS, LEVEING WITH DAD. AND, RUSH BACK. TO JOHN, AND SAID  'NO' AND DAD SAID,' YEA' 'COME ON BOY' AND I, LEFT, JONH. WITH, TEARS. COMMING, DOWN MY EYES. AND .LEAVING ,THE WHIT HOUSE. AND GOING BCK, TO PHOENIX, WITH MY GIANT, DAD. WE, WERE IN PHX. AT THE TIME. I, REMEMBER, WE WERE, WACHING, TV IN THE MORNING. AND, , AND .MY EYES. FOR, ABOUT 10MIN AND SAID? "THEY SHOT JONH" I, DID NOT. KNOW WHAT TO DO, BUT SIT THER IN THE DEN. WACHING. I, DID NOT NO WATH, THAT MENT, "SHOT".  THE NEXST, DAY, MY PARENTS, SISTRS,AND, BROS. TOLD ME, HE WAS SHOT, AND DIED, THEN I, CRIED FOR A, COUPLE OF DAYS. AND, WACHED, THE FRUNELFUL OF JONH KENNEDY MY LOVE. I'D MISS, YOU . YES, I AM 'CRYING' AT, THE AGE, OF 57 YERS OFAGE, 'BYE JOHN'. 2. AFTER THE CHURH CONVENTION. IN 1976 IN SRYECUS, NEW YORK.  WE, WENT, TO NIAGRA FALLS, ANG STAYED, FOR SEVERAL ,HRS. THEN,  WE WENT, TO MOTREAL, CANADA. TO GO, TO THE OLIMPIUMS. TO SEE, THE GRAETIS, ATHETIC STARS,   ESPESILLY, BRUCE JESNNER. WE , WERE IN MOTEAL CANNADA. AND, A PATROL, OFFICER WAS TALIKING, TO MY DAD. FOR, A WHILE.. MY, BRO. AND I WAS TALKING, AND MESSING AROU,D IN THE VERY BACK SEATS ,OF THE, STATION WANGON. THE CANNADIN OFFICER,  CAME, TOWARD. THE BACK CAR. HE. WAS A BIG MAN. FROM MONTREAL, CANADA.  ABOUT, 6'9 AND ABOUT 200 AND SOMTHING POUNDS.  HE, OPENED THE BACK DOOR. OF, THE, STASTION WAGON, AND GRABED,  ME. AND, STRTED KISSING ME. AND, RUBBING ON ME , MY, BODY, AND FELLING ON MY, PENUS. AND, HE 'SORRY' PULED,  OUT.  HIS PENUS. AND HAD ME, SUCK HIS PENUS. HIS, PENUS. WAS, PREETY LARGE. AND, PUT IT. IN MY ANUS. FOR ,20MIN. MY BRO. COLUD NOT BELIVE IT.  THE OFFICER, WITH, THE GIANT, BLACK HAT. AND, THE RED COAT. AND, NICE BLACK, PAINTS. SPERMED, IN MY ANUS. AND, TOOK, HIS PENUS OUT, VERY, SLOWLY AND. WIPE, MY ANUS. WITH HIS, TONGE. AND PUT MY PAINYTS, BAKCK ON. AND, SHUT. THE, STATOIN WAGON DOOR. HE,PUT, HIS CLOTHS BACK, ON NICLY.. AND, WENT BACK. AND, TLAKED. TO MY FATHER, ,AND MOTHER. AND SAID. HIS. GOOODBYS AND, LEFT, NORTH OF MONTREAL. WITH HIS MORTORCYCLE. AND, WE. TURNED AROUND, AND, WEN,T SOUTH OF CANNADA. TO, MOTEL 6.  AND, SELPH, THATH, NIGHT AND WENT BACK

TO ARIZONA. 3. WELLS FARGO BANK. SAN DIEGO. THE TELLER SAID TO ME. 'YOU DON'T HAVE TO COME TO THE BANK, T,O GET YOURE, MONEY ODER. OUT YOUR. YOU, CAN DO IT. ONTHE PHONE' NOW. I, DID BELIEVE HER. THE, BANK DID FOR A WHOLE DAY. I, DID NOT WERY, ABOUT IT. BUT THEY TOOK IT OUT, THE NEXT DAY. I, SHOUL OF, BELIVED MY FRIEND, AND, WENT, TO THE BANK, AND GOT IT OUT. I, WENT, TO THE, DOWNTOWN WELLS FARGO BANK AND, THE SECREATARY, SAID, 'NO'. AND I TOLD HER WHAT HAPPENED, AND SHE SAID 'I AM SOORY' AND SHE CALLED THE POLICE ON ME .AND THE POLICE TOLD ME TO LEVE. AND, TAKE WELLS FARCO TO CORT. ,I SAID 'I WIILL' AND LEFTH THE BANK 'I.WILL SUE'. I. HAD, SEX, WITH, MARVIN YATES IN L.A CAL. AT HIS RESIDENTS. I WAS WAKING UP AT NIGHT. AND FIND, MARVIN, SUKING ,ON MY PENUS. AND, I TOLD, HIM 'NO' MARVIN AND HE WENT BACK TO SLEEP 3. A YONG MAN. FROM WELLS FARGO. WE, WERE HAVING FUN. UNTIIL I, MEET, HIM, AT HIS JOB AT WEELS FARGO AND WE TALKED FOR A LIITLE WHILE. THEN, MEET AT HOUSE, IN., SOTH PHOENIX. NICE, BIG HOUSE AND WENT, INSIDE FO,R A, FEW MINUTES. LATE,R WE WERE SETTING ON THE COUTCH. AND, SUDDENDTLY, 'YES' HE PULLES OUT HIS, PENUS, AND GRAED MY HEAD, AND WANTED ME. TO SUCK, HIS PENUS. HE, HAD MY HEAD. ON HIS PENUS. AND, HE OPENED MY MOUTH. ON, HIS PENUS. FOR 20MIN. AND CAMED, IN MY MOUTH . I, GOT, UP FROM THE COUCH, AND GOT IN MY, CAR ,AND LEFT. YMCA. IN SAN DIEGO AFTER WORKI, AT QULLCOME. I, GO, TO THIS YMCA. TO EXCERCIE AND PLAY SPORTS. I, WAS PLAYING VOLLEY BALL. UNTILL, A YOUNG MAN, WENT UP. AND, THE FOR THE BALL, AND CAME DOWN ON, MY HEAD, WITH HIS POINTED, ELBOW. AND, HIT MY HEAD, REALLY HARD. AND WE, COUNTINRD, PLAYING. UNTIL, A, SMEONE TOLD ME, FROM THE BACK.AND SAID, "SIR, YOUR ARE BLEEDING.' I, WIPED, MY HEAD, AND SEEN IT. WAS BLOOD., AND QUICKLY, WENT TO THE NURSES OFFCES. . SHE, WAS NOT THERE. I, AND WENT TO THE BOYS RESROOM. CAME, OUT OF THE BOYS RESTROOM .AND TRY TO FIND AN ATTENTED, BUT, THEY WERE ALL GONE. AND FINALLY, I FOUND A JANORTOR, AND, HE ,WENT. WE, BOTH WENT INSIDE. THE, YMCA AND COLUD NOT FIND, .THEY, WERE, ALL GONE. AND THE JANTOR, CALED, ON THE PHONE FOR ABOUT. 2HR. EVEN A GIRL ,WANTED TO NO. WE WENT UP IN THE FRONT AND THE CLERK WAS GONE, WE, COULD NOT, BELIVE IT. WE, WENT BACK TO THE JANERTOR AND BACK TO THE GYM. LATER, THE GIRL, WANTED TO SEE MY HEAD. AND THE JERNOTOR SAID 'NO' AND SHE, PULLED, PARTS OF MY BRAIN OUT, ON THE, TOP OF MY BRAIN, AND SHE, LOOKED, AT ME, WITH, STRANGE EYES AND WENT, TO, TURN ARUOND AND THEN, RUNINNING OUT THE DOOR. AND THE JANOTOR SAID 'YOU SHOULD OF NOT. LET,HER, TOUCH YOUR HEAD

@$%^**%$#$#%^^%' WE'VE, WAITED, FOR ANOTHER HOUR.. IT, WAS, GOING ON 9;30PM, PEOPLE WERE COMMING IN FREE.  AND THEN, I, WAS   LEVING,, AND THEN, THE GANATOR SAID,' WAITE'  I, DID NOT NO. WENT, HOME TO, MY APT. AND I, TOLD MY ROMMATE, HE, SAID, ' LET GO TO TH YMCA' I, SAID NO. I, WENT IN THE, MORNING, TO SEE, A ,DOCTOR.  I, WATED, IN THE MORNINTO SEE, A DOCTOR . THE   DOCTOR,SAID ' NEXT TIME WAITE, FOR THE AMBLULANCE. I SAID  BUT 'THEY WANTED ME TO CALL THE ABULNECE BUT I DID NOT' . I, REMMEMBERD. MY COLLEGE, TEACHER. TOLD ME TO LET THE PEOPLE CALL THE AMBULANCE. YOU DON'T, CALL, LET THEM CALL..

## Demand

JOHN KENNEDY PRES. POLICE IN MOTRAL CANNADA PAY UP.  WELLS FARGO YOU ALL, NO IT . LA HOLLA, CA  YMCA ITS TIME TO PAY UP **Damages: $JONH F. KENNEDY $100, 250, 000.00  POLICE IN MONTREAL, CANNDA SUING FOR 275,000.00  WELS FARGO SUING FOR 275,000.00. AND YMCA, 290, 000.00**  JOHN F. KENNEDY LET IT BE.  THE OFICED IN MONTREAL CANNADA PLEASE PAY UP.  WELLS FARGO, YOU LAUTH, AT ME, WHAT DID TO YOU, ALL., I DO. YMCA,  IT WAS A SHAME THAT YOU, ALL LEFT, WHEN, I WA,S IN, SERIUS PAIN.

Date: 3-29-18

Signature of Pro Se Plaintiff
ROBERT GENE STOKES
209 W. JACKSON ST. APT. 227
PHOENIX, DC 85003
(602) 503-3259